HID EEO 1 (Rev 06/08) Employment Discrimination Complaint

JASON SCUTT
NAME
950 WAILUPE DR
MAILING ADDRESS
WAILUKU, HI, 96793
CITY, STATE, ZIP CODE
808-250-0472
TELEPHONE NUMBER
JASON.R.SCUTT.GMAIL.COM
FACSIMILE AND EMAIL (if applicable)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 27 2020

at 5 o'clock and 16 min P M
SUE BEITIA, CLERK

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

JASON SCUTT
           Plaintiff,

    vs.

STATE OF HAWAII UNEMPLOYMENT
INSURANCE DIVISION

           Defendant(s),

CIVIL NO. CV20-00137 JMS

EMPLOYMENT DISCRIMINATION
COMPLAINT                        RT

1. Plaintiff resides at:

   Address: 950 WAILUPE DR

   City, State & Zip Code: WAILUKU, HI, 96793

   Phone number: 808-250-0472

2. Defendant is located at:

   Address: 54 SOUTH HIGH STREET, # 201

   City, State & Zip Code: WAILUKU HI, 96793

EEO 1 - Page1

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. § 2000e-5. Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g).

4. This acts complained of in this suit concern:

- A. [X] Failure to employ me.
- B. [ ] Termination of my employment
- C. [X] Failure to promote me.
- D. [X] Other acts as specified below:

<u>FAILURE TO PROVIDE REASONABLE ACCOMODATION TO PARTICIPATE IN</u> PROGRAM OR FIND APPROPRIATE WORK

EEO 1 - Page2

5. Defendant's conduct is discriminatory with respect to the following:

A. [X] My race or color.

B. [ ] My religion.

C. [ ] My sex.

D. [ ] My national origin.

E. [X] Other acts as specified below:
DISABILITY

6. The basic facts surrounding my claim of discrimination are:

Per the related case referenced above, I was terminated from Carbonaro CPA Firm and unable to find suitable employment via Altres Staffing, MLP, or any other clients or associates of the related parties. Applied for Unemployment Benefits around May 2020 via the State website; however was required to disclose any needed accommodations for disability via the webform, which I did. I was subsequently denied any benefits or accommodation in the form of searching for jobs that I would be physically able to perform. I was qualified otherwise and made many alternative attempts via LinkedIn, Indeed.com and other agencies. Have email records of ongoing job search, interviews and correspondence; however did not receive any local offers. Was required then to apply for food stamp benefits from BESSD program; however was again denied the emergency assistance. Was forced subsequently and currently to rely on dwindling credit card balances at high interest rates. After a phone argument with a state employee, who indicated dislike for "houlis" refused to process the request and instead mailed a denial of benefits letter citing my rental income which she had intentionally misted as 1300$. Actual accounting records also provided to them at the time show the expenses included, which would bring the amount well below the calculated poverty guidelines. Denials letters from UID also make clear that ONLY participants who become disabled while already on the program are allowed to receive benefits with doctor note. New participants who choose to disclose their disability via the webform are required to submit a different doctor form. That form is then used to discriminate or not allow benefits based on the medical condition. No accommodations are offered to help find work for a disabled person.

EEO 1 - Page3

7. The alleged discrimination occurred on or about  5\1\19
   (Date)

9. I filed charges with the Federal Equal Employment Opportunity Commission (or the State of Hawaii Department of Labor and Industrial Relations, Enforcement Division) regarding defendant's alleged discriminatory conduct on or about  11/9/2019 .
   (Date)

10. WHEREFORE, Plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

Dated: 3/27/20

Signature of Plaintiff

JASON SCUTT

Plaintiff's Name - printed, or typed.
*(Notarization is not required)*

EEO 1 - Page4