# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| JASON SCUTT, | JUDGMENT IN A CIVIL CASE |
| Plaintiff(s), | Case: CV 20-00137 JMS-RT |
| V. | FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII |
| STATE OF HAWAII<br>UNEMPLOYMENT INSURANCE<br>DIVISION, et al. | September 25, 2020<br><br>At 11 o'clock and 30 min a.m.<br>MICHELLE RYNNE, CLERK |
| Defendant(s). | |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

     IT IS ORDERED AND ADJUDGED that this action is dismissed with prejudice,  pursuant to the "Order (1) Dismissing Second Amended Complaint With Prejudice, And (2) Denying Appointment Of Counsel" ECF 17, filed September 25, 2020.



| | |
|---|---|
| September 25, 2020 | MICHELLE RYNNE |
| Date | Clerk |
| | /s/ Michelle Rynne by J.O. |
| | (By) Deputy Clerk |